# District of Columbia
# Court of Appeals

No. 13-BG-1439

In the Matter of
BARRY J. NACE
A Member of the Bar of the
District of Columbia
Court of Appeals
Bar Registration No. 130724

BDN: 324-13

## ORDER

Having received a certified copy of the mandate and disciplinary order of the Supreme Court of Appeals of the State of West Virginia suspending respondent from the practice of law, it is, accordingly, pursuant to D.C. Bar Rule XI, § 11 (d),

ORDERED that respondent is suspended from the practice of law in the District of Columbia pending final disposition of this proceeding, effective on the date of entry of this order, and it is

FURTHER ORDERED that respondent show cause within thirty days why he should not be suspended for 120 days from the practice of law in the District of Columbia and be ordered to comply with the additional terms imposed in West Virginia. It is

FURTHER ORDERED that Bar Counsel shall reply to respondent's response no later than fifteen days after service of the response. Alternatively, no later than fifteen days after respondent's response was due, Bar Counsel may object to the imposition of reciprocal discipline based upon the factors set forth in D.C. Bar Rule XI, § 11 (c). Bar Counsel shall provide the court with the relevant portions of the record of the proceeding in the other disciplining court, that statute and rules that governed it, and a short statement identifying all of the issues that the matter presents. It is

FURTHER ORDERED that if Bar Counsel opposes the imposition of identical discipline, Bar Counsel shall (1) recommend appropriate non-identical discipline or (2) request that the matter be referred to the Board for its recommendation as to discipline. Respondent may reply within ten days after service of Bar Counsel's submission. It is

No. 13-BG-1439

    FURTHER ORDERED that respondent's attention is drawn to the requirement of Rule XI, § 14 relating to suspended attorneys and to the provisions of Rule XI, § 16 (c) dealing with the timing of eligibility for reinstatement as related to compliance with Rule XI, § 14, including the filing of the required affidavit.

BY THE COURT:

ERIC T. WASHINGTON
Chief Judge

Copies to:

Barry J. Nace
Paulson & Nace, PLLC
1615 New Hampshire Avenue, N.W.
Washington, D.C. 20009-2520

Theodore D. Frank, Esquire
Chair, Board on Professional Responsibility
430 E Street, N.W., Suite 138
Washington, D.C. 20001

Wallace E. Shipp, Jr., Esquire
Bar Counsel, Office of Bar Counsel
515 5th Street, N.W., Suite 117
Washington, D.C. 20001

emb